**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000072**
**21-JUL-2022**
**08:02 AM**
**Dkt. 152 OCOR**

NO. CAAP-17-0000072

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAIʻI

AARON ARBLES, ROBERT BAILEY, REUBEN CHUN, MICHAEL GAHAN,
MICHAEL HAYASHIDA, GARRET KOMATSU, GERALD KOSAKI,
STEVE LOYOLA, JERRY LUM, TY MEDEIROS, PAUL PAIVA,
RAYMOND ROWE, JR., WARREN SUMIDA, AND ALVIN TOBOSA,
Appellants-Appellants,
v.
MERIT APPEALS BOARD, COUNTY OF HAWAIʻI, MITCH ROTH,
MAYOR COUNTY OF HAWAIʻI, AND WAYLEN L.K. LEOPOLDINO,
DIRECTOR OF HUMAN RESOURCES, COUNTY OF HAWAIʻI,
Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD[1] CIRCUIT
(CIVIL NO. 16-1-0106)

AMENDED ORDER OF CORRECTION
(By: Nakasone, J., for the court[2])

IT IS HEREBY ORDERED that the Opinion of the court, filed on June 30, 2022 (docket number 148) in the above case is hereby corrected as follows:

---

[1] The amendment corrects the caption in the July 15, 2022 Order of Correction, to reflect "Third Circuit" instead of "First Circuit."

[2] Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.

1.   On page 16, the 3rd line of block quote number 16, the word "consistent" should be replaced with "eonsistent" and add bracketed word "[sic]", so as corrected the sentence should now read:

> eonsistent [sic] with the merit principle
> codified in Chapter 76,

2.   On page 16, the 6th line of block quote number 16, the first word "eonsistent" should be replaced with "consistent", and delete the following bracketed word "[sic]" so as corrected the sentence should now read:

> consistent with years of service.  Hawaii Revised

3.   On page 20, the 8th line from the bottom of the page, delete the extra space between the words "includes" and "providing".

4.   On page 20, the 9th line from the bottom of the page, the capital letter "C" of the word "Chapter" should be a lower case "c" so as corrected the sentence should now read:

> "chapter 76."  Fulfillment of the merit
> principle expressed in

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, July 21, 2022.

/s/ Karen T. Nakasone
Associate Judge